**FILED - GR**
October 26, 2016 10:00 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: __kw__ Scanned: _____

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN


HOWARD JAMES MCKNIGHT
        petitioner

    vs.                                    CASE NO: **1:16-cv-1260-GJQ**

CARMEN PALMER                              HON:
        Respondant


## MOTION TO HOLD HABEAS CORPUS IN ABEYANCE

On October 20, 2016 The petitioner Howard McKnight placed his petition for Habeas Corpus Relief in The prison mail system, for filing with This Court.

The petitioner asks This Court to hold its review and any decisions on This petition while The petitioner files additional post conviction relief motions in The State Courts.

Under The AEDPA act of 1996 allows only 1 Federal Habeas petition per Conviction. Any issues not presented in This Habeas petition will be considered abandend and unable to be presented in subsequent Habeas petitions

The petitioner has 2 issues That he intends to present to The Federal Court, but first must exhaust his State Court Remedies, before he is able to ask for Federal help. If The petitioner does not get any relief on These issues he requests The ability to present These issues to The Federal Courts.

The Petitioner is aware of time restrictions of the Federal Rules concerning the filling of Federal Habeas Corpus, and addresses this Court that he still has time to exhaust these issues.

RELIEF REQUESTED

The petitioner asks this Court to stay / Hold in Abeyance his Habeas Corpus petition so he may exhausts his state remedies to his unexhausted State claims, so hell be able to present these additional claims to this court.

Howard McKnight
Howard McKnight # 687302
Michigan Reformatory
1342 W. Main St.
Ionia, Mi. 48846

Prisoner Name: _Howard McKnight_

Prisoner Number: _687302_

MICHIGAN REFORMATORY

1342 West Main St.

Ionia, MI 48846

GRAND RAPIDS
MI 495
24 OCT '16
PM 4 L



U.S. POSTAGE >> PITNEY BOWES

ZIP 48846 $ 000.46⁵
02 1W
0001398341 OCT 24 2016

Fedral CourThouse
110 Michigan N.W.
Grand Rapids, MI 49503

49503-230099