UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD McKNIGHT,

                Petitioner,                  Case No. 1:16-cv-1260

v.                                       Honorable Gordon J. Quist

CARMEN PALMER,

                Respondent.

_____/

## ORDER

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's motion to hold the habeas petition in abeyance (ECF No. 7) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability from the judgment issued this date is **DENIED** because a reasonable jurist could not conclude either that the district court erred in dismissing the petition for failure to exhaust or that the petitioner should be allowed to proceed further. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated:  November 28, 2016                         /s/ Gordon J. Quist
                                         GORDON J. QUIST
                                 UNITED STATES DISTRICT JUDGE